John G. Yslas (SBN 187324)
john.yslas@wilshirelawfirm.com
Diego Aviles (SBN 315533)
diego.aviles@wilshirelawfirm.com
Harry Erganyan (SBN 333091)
harry.erganyanawilshirelawfirm.com
Mariam Nazaretyan (SBN 334154)
mariam.nazaretyanwilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
Attorneys for Plaintiff

TOREY JOSEPH FAVAROTE (SBN: 198521)
DAVID H. DANNING (SBN: 354477)
GLEASON & FAVAROTE, LLP
3646 Long Beach Blvd., Suite 203
Long Beach, California 90807
Telephone:   (213) 452-0510
Facsimile:   (213) 452-0514
tfavarote@gleasonfavarote.com
ddanning@gleasonfavarote.com

Attorneys for Defendant
CORECIVIC OF TENNESSEE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HERRERA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, a Tennessee limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:25-cv-05858-EKL<br><br>**STIPULATION TO TRANSFER VENUE AND ~~PROPOSED~~ ORDER**<br><br>[28 U.S.C. §§ 1332, 1441, and 1446 DIVERSITY]<br><br>Ctrm:     7 – 4th Floor<br>Judge:   Hon. Eumi K. Lee<br>Ctrm:     6 – 4th Floor<br>Mag.<br>Judge:    Hon. Susan van Keulen<br><br>Action Filed:     May 30, 2025<br>Removal Date:   July 11, 2025 |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

WHEREAS plaintiff Eric Herrera ("Plaintiff") filed this action on May 30, 2025, which was removed to this Court on July 11, 2025;

WHEREAS Plaintiff was employed and resides in San Diego California and Defendant CoreCivic of Tennessee, LLC's ("Defendant") contends that nearly all of the putative class members reside in San Diego County, California;

WHEREAS Defendant's California operations are concentrated in San Deigo County, California;

WHEREAS Defendant further contends that all of the California based witnesses anticipated in this action reside in San Diego County, California;

WHEREAS, Plaintiff disputes that a federal forum is proper and reserves the right to seek remand for lack of subject matter jurisdiction;

NOW THEREFORE, the parties hereby stipulate that this case be transferred to the U.S. District Court for the Southern District of California.

Dated: August 28, 2025

WILSHIRE LAW FIRM
DIEGO AVILES

/s/ Diego Aviles
Diego Aviles

Attorneys for Plaintiff ERIC HERRERA

Dated: August 28, 2025

GLEASON & FAVAROTE, LLP
TOREY JOSEPH FAVAROTE
DAVID H. DANNING

/s/ Torey Joseph Favarote[1]
Torey Joseph Favarote

Attorneys for Defendant CORECIVIC OF TENNESSEE, LLC

---

[1] All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# [~~PROPOSED~~] ORDER

The parties' stipulation to transfer venue to the U.S. District Court for the Southern District of California is GRANTED. The Parties are to bear their own attorneys' fees and costs associated with this stipulation, if any.

Dated: September 2, 2025

Hon. Eumi K. Lee
United States District Judge